408 A.2d 535

Commonwealth v. Overly, Appellant.
Petition for Allowance of Appeal Denied Sept. 10, 1979.

Submitted October 26, 1978. Henry A. Hudson, Jr. and with him Dennis Unkovic, for appellant; David B. Wasson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

408 A.2d 535

Commonwealth v. Weaver, Appellant.
Petition for Allowance of Appeal Denied Aug. 20, 1979.

Submitted October 26, 1978. John R. Cook, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgments of sentence affirmed.